## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

THADDEUS HOWELL,                :
                                :
          Plaintiff,            :
                                :          NO. 5:25-cv-00532-MTT-CHW
     V.                         :
                                :
GA DEP'T OF CORRECTIONS,        :
*et al.*,                       :
                                :
          Defendants.           :
_____:

## ORDER

I.    Complaint

*Pro se* Plaintiff Thaddeus Howell, a prisoner in Baldwin State Prison in Hardwick, Georgia, has filed a handwritten document that was docketed in this Court as a complaint under 42 U.S.C. § 1983.   ECF No. 1.   Plaintiff did not, however, submit his pleading on the required § 1983 complaint form.   Accordingly, Plaintiff is now **ORDERED** to recast his complaint on a standard form.

The recast complaint must contain a caption that clearly identifies, by name, each individual that Plaintiff has a claim against and wishes to include as a defendant in this action.   Plaintiff is to name only the individuals associated with the claim or related claims that he is pursuing in this action.   Plaintiff must then tell the Court exactly how each individual defendant violated his constitutional or federal statutory rights, including (1) what each defendant did (or did not do) to violate his rights; (2) when and where each action occurred; and (3) how Plaintiff was injured as a result of each defendant's actions.

Plaintiff must complete the entire complaint form.

Plaintiff's recast complaint **shall take the place of and supersede all allegations made in the original pleading**. The Court will only consider the factual allegations and claims contained in Plaintiff's recast complaint on the enclosed § 1983 form. Thus, any fact Plaintiff deems necessary to his lawsuit should be clearly stated in his recast complaint, even if Plaintiff has previously alleged it in another filing. Plaintiff's recast complaint shall not exceed ten pages.

II.     Filing Fee

When he filed the complaint, Plaintiff did not pay the $405.00 filing fee for this case or move for leave to proceed *in forma pauperis*. Therefore, Plaintiff is **ORDERED** to either pay the $405.00 filing fee or submit a properly completed motion to proceed *in forma pauperis*. Plaintiff must complete the entire *in forma pauperis* application by filling out the motion and declaration as well as submitting "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2).

III.    Conclusion

Therefore, as set forth above, Plaintiff is **ORDERED** to (1) refile his complaint on the Court's standard § 1983 form, and (2) either pay the $405.00 filing fee or submit a properly completed motion to proceed *in forma pauperis*. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to file his recast complaint and either pay the filing fee or move for leave to proceed *in forma pauperis*. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this action.

2

Additionally, Plaintiff must immediately inform the Court in writing of any change in his mailing address, and his failure to do so may result in dismissal of this action.

The **CLERK** is **DIRECTED** to mail Plaintiff a standard 42 U.S.C. § 1983 complaint form, and a copy of the Court's standard *in forma pauperis* application and associated documents with this Order.

**SO ORDERED and DIRECTED**, this 8th day of January, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

3