**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **THADDEUS HOWELL,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-532 (MTT)** |
| | ) | |
| **GEORGIA DEPARTMENT OF** | ) | |
| **CORRECTIONS,** *et al.*, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

*Pro se* Plaintiff Thaddeus Howell, a prisoner in Baldwin State Prison in Hardwick, Georgia, filed a handwritten document that was docketed as a complaint under 42 U.S.C. § 1983. ECF 1. Because Plaintiff did not submit his pleading on the required § 1983 form, he was ordered to recast his complaint on a standard form. ECF 5. Plaintiff was also ordered to either pay the $405.00 filing fee for this case or submit a properly completed motion to proceed *in forma pauperis*. *Id.* Plaintiff was given fourteen days to complete these actions and was cautioned that his failure to do so may result in the dismissal of this case. *Id.*

More than fourteen days passed after that order was entered, and Plaintiff did not file a recast complaint, pay the filing fee, move for leave to proceed *in forma pauperis*, or otherwise respond to the Court's order. Accordingly, Plaintiff was ordered to show cause why this case should not be dismissed based on his failure to comply with the Court's

-2-

order. ECF 6. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have passed since that order was entered, and Plaintiff has not responded to that order or otherwise communicated with the Court. Therefore, because Plaintiff has failed to follow the Court's order and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 5th day of May, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

-2-