IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

THADDEUS HOWELL,                               *

         Plaintiff,                          *

v.                                               Case No.   5:25-cv-00532-MTT-CHW

                                      *

GA DEPT. OF CORRECTIONS et al.,

                                      *

         Defendants.                         *

_____       *

**J U D G M E N T**

Pursuant to this Court's Order dated May 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of May, 2026.

                          David W. Bunt, Clerk

                          s/ Erin Pettigrew, Deputy Clerk